IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL G. MILES and
FARRELL E. MILES                                                                PLAINTIFFS

v.                              No. 3:15-cv-335-DPM

WEBB, Officer, Craighead County Detention
Center and JANE DOES, Female Guards                                DEFENDANTS

ORDER

1. Michael and Farrell Miles filed this § 1983 lawsuit *pro se*. But neither of them paid the $400 filing and administrative fees or asked for permission to proceed *in forma pauperis*. They must *each* file a completed application to proceed *in forma pauperis* or pay the $400 filing and administrative fees by 5 March 2016. Otherwise, their lawsuit will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to send two free-world applications to proceed *in forma pauperis* to the Mileses' address of record. Based on the complaint, the Court also directs the Clerk to send Michael Miles a prisoner *in forma pauperis* application at the Craighead County Detention Center, 901 Willett Road, Jonesboro, Arkansas 72401.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 February 2016